**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:   (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendants, JUDITH MARIE NELSON
and BASIN TREE SERVICE & PEST CONTROL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERTIS DILL, JR., individually; VERTIS DILL, JR., as the Special Administrator for the Estate of MAXINE DILL, <br><br> Plaintiffs, <br><br> v. <br><br> JUDITH MARIE NELSON; BASIN TREE SERVICE & PEST CONTROL, INC.; and, DOES 1-50, inclusive, <br><br> Defendants. | CASE NO: <br><br> **DECLARATION OF JOSEPH WHALEN IN SUPPORT OF DEFENDANT BASIN TREE SERVICE & PEST CONTROL, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

I, Joseph Whalen, declare as follows:

1. At the time of this incident, I was the Vice-President for Basin Tree Service & Pest Control, Inc. I am personally familiar with the within stated facts and would and could testify based upon personal knowledge of the same, and as to those facts stated on information and belief, I believe them to be true.

2. At all times material hereto, Basin Tree Service & Pest Control, Inc. was and is incorporated in the state of Washington.

3. At all times material hereto, Basin Tree Service & Pest Control, Inc.'s corporate Headquarters and Executive Officers were and are located in Ephrata, Washington.

///

4. At all times material hereto, Basin Tree Service & Pest Control, Inc.'s Executive Officers and senior management, were and are located at Basin Tree Service & Pest Control, Inc.'s headquarters in Washington.

5. At all times material hereto, Basin Tree Service & Pest Control, Inc.'s managerial and policymaking functions, including, but not limited to, finance, marketing, merchandising, legal, technology services, human resources, and property development, were and are performed at and promulgated from Basin Tree Service & Pest Control, Inc.'s headquarters in Washington.

6. At all times material hereto, Basin Tree Service & Pest Control, Inc.'s corporate books, records, and accounts were and are created and maintained at Basin Tree Service & Pest Control, Inc.'s headquarters in Washington.

I declare under penalty of perjury under the laws of the United States and the State of Nevada that the foregoing is true and correct, and if called upon to testify to the facts thereto, I could and would do so competently.

Executed on June 21, 2022, _____, Washington.

_____
JOSEPH WHALEN

v:\a-e\dill_basin tree service\atty notes\drafts\pldgs\20220607_decl_whalen_mrm.docx

-2-