**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 257-1997
Facsimile:  (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendants, JUDITH MARIE NELSON
And BASIN TREE SERVICE & PEST CONTROL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERTIS DILL, JR., individually; VERTIS DILL, JR., as the Special Administrator for the Estate of MAXINE DILL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JUDITH MARIE NELSON; BASIN TREE SERVICE & PEST CONTROL, INC.; and, DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO:<br><br><br>**DEFENDANTS JUDITH MARIE NELSON AND BASIN TREE SERVICE & PEST CONTROL, INC.'S DEMAND FOR JURY TRIAL** |

Defendants JUDITH MARIE NELSON and BASIN TREE SERVICE & PEST CONTROL, INC.'s hereby demand trial by jury in this action.

DATED this **28** day of June, 2022.

　　　　　　　　　　　　　　　　　　LINCOLN, GUSTAFSON & CERCOS, LLP

　　　　　　　　　　　　　　　　　　*/s/ Loren S. Young*
　　　　　　　　　　　　　　　　　　**LOREN S. YOUNG, ESQ.**
　　　　　　　　　　　　　　　　　　Nevada Bar No. 7567
　　　　　　　　　　　　　　　　　　3960 Howard Hughes Parkway, Suite 200
　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89169
　　　　　　　　　　　　　　　　　　Attorneys for Defendants, JUDITH MARIE NELSON
　　　　　　　　　　　　　　　　　　And BASIN TREE SERVICE & PEST CONTROL

v:\a-e\dill_basin tree service atty notes\drafts\pldgs\20220607_dmjt_lsy.docx