**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:   (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendants, JUDITH MARIE NELSON
And BASIN TREE SERVICE & PEST CONTROL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERTIS DILL, JR., individually; VERTIS DILL, JR., as the Special Administrator for the Estate of MAXINE DILL,<br><br>Plaintiffs,<br><br>v.<br><br>JUDITH MARIE NELSON; BASIN TREE SERVICE & PEST CONTROL, INC.; and, DOES 1-50, inclusive,<br><br>Defendants. | CASE NO:<br><br><br><br>**DEFENDANT'S BASIN TREE SERVICE & PEST CONTROL'S NOTICE OF FINANCIAL INTEREST** |

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant BASIN TREE SERVICE & PEST CONTROL, through the undersigned counsel of record, certifies as follows:

Basin Tree Service & Pest Control, Inc. does not have a parent corporation and there are no publicly held companies that hold more than 10% of Basin Tree Service & Pest Control, Inc.'s stock.

///

///

-1-

These representations are made to enable the court to evaluate possible disqualification or recusal.

DATED this **28** day of June, 2022.

                                      **LINCOLN, GUSTAFSON & CERCOS, LLP**

                                      **LOREN S. YOUNG, ESQ.**
                                      Nevada Bar No. 7567
                                      3960 Howard Hughes Parkway, Suite 200
                                      Las Vegas, Nevada 89169
                                      Attorneys for Defendants, JUDITH MARIE NELSON
                                      And BASIN TREE SERVICE & PEST CONTROL

v:\a-e dill_basin tree service atty notes drafts pldgs\20220607_note_financial_lsy.docx