**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 257-1997
Facsimile:  (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendants, JUDITH MARIE NELSON
And BASIN TREE SERVICE & PEST CONTROL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERTIS DILL, JR., individually; VERTIS DILL, JR., as the Special Administrator for the Estate of MAXINE DILL,<br><br>Plaintiffs,<br><br>v.<br><br>JUDITH MARIE NELSON; BASIN TREE SERVICE & PEST CONTROL, INC.; and, DOES 1-50, inclusive,<br><br>Defendants. | CASE NO:<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare under penalty of perjury under the laws of the United States and the State of Nevada that I am over the age of eighteen years and not a party to this action; the business address from where the within service took place is Lincoln, Gustafson & Cercos, LLP, 3960 Howard Hughes Parkway, Suite 200, Las Vegas, Nevada 89169, and I served the following documents:

**CIVIL COVER SHEET;**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY);**

**DECLARATION OF LOREN S. YOUNG IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY);**

**EXHIBITS A THROUGH C (TO DECLARATION OF LOREN S. YOUNG IN SUPPORT THEREOF);**

1

**DECLARATION OF JOSEPH WHALEN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C § 1441(b) (DIVERSITY);**

**DEFENDANT BASIN TREE SERVICE & PEST CONTROL, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST; and,**

**DEFENDANTS' JURY DEMAND.**

By placing a copy in a separate envelope, with postage fully paid, for each address named below and depositing each in the U.S. Mail at Las Vegas, Nevada, on May 16, 2022.

Steven J. Klearman, Esq.
437 W. Plumb Ln.
Reno, NV 89509
*Attorney for Plaintiff*

Executed on June **28**, 2022, at Las Vegas, Nevada.

Michelle McCracken
An Employee of the law firm of
Lincoln, Gustafson & Cercos, LLP

v:\a-e\dill_basin tree service\atty notes\drafts\pldgs\20220607_cserv_mrm.docx

-2-