UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERTIS DILL, JR., individually; VERTIS DILL, JR., as the Special Administrator for the Estate of MAXINE DILL,<br><br>        Plaintiffs,<br><br>v.<br><br>JUDITH MARIE NELSON; BASIN TREE SERVICE & PEST CONTROL, INC.; and, DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO:  3:22-cv-00291-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, VERTIS DILL, JR., Individually and VERTIS DILL, JR., as the Special Administrator for the Estate of MAXINE DILL, by and thorough his attorney of record, STEVEN J. KLEARMAN, ESQ. of STEVEN J. KLEARMAN & ASSOCIATES; Counter-Defendant, VERTIS DILL, JR. by and through his attorney of record DAVID M. ZANIEL, ESQ of the law firm RANALLI, ZANIEL, FOWLER & MORAN, LLC.; and Defendants, JUDITH MARIE NELSON and BASIN TREE SERVICE & PEST CONTROL, by and through their attorney of record, LOREN S. YOUNG, ESQ., of the law firm

-1-

1  LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff VERTIS DILL JR.'s, Complaint, as well
2  as all cross-claims, counter-claims, or other related claims, are hereby dismissed as to all parties, with
3  prejudice, each party to bear their attorney's fees and costs.

DATED this 17 day of July, 2023.                    DATED this 3rd day of July, 2023.

**LINCOLN, GUSTAFSON & CERCOS**                     **STEVEN J. KLEARMAN & ASSOCIATES**

**LOREN S. YOUNG, ESQ.**                            **STEVEN J. KLEARMAN, ESQ.**
Nevada Bar No. 7567                                 Nevada Bar No. 3471
7670 W Lake Mead Blvd, Suite 200                    437 West Plumb Lane
Las Vegas, Nevada 89128                             Reno, Nevada 89509
Attorneys for Defendants                            Attorneys for Plaintiffs, VERTIS DILL, JR.,
Attorneys for Defendants, JUDITH MARIE              Individually and as the Special Administrator
NELSON and BASIN TREE SERVICE &                     for the Estate of MAXINE DILL
PEST CONTROL

DATED this 17th day of July, 2023

**RANALLI, ZANIEL, FOWLER & MORAN, LLC**

*/s/ David M. Zaniel*

**DAVID M. ZANIEL, ESQ.**
Nevada Bar No. 7962
50 West Liberty Street, Suite 1050
Reno, NV 89501
Attorneys for Counter-Defendant, VERTIS DILL, JR.

## ORDER

**IT IS SO ORDERED** that the Complaint filed by Plaintiff, VERTIS DILL, JR., Individually and VERTIS DILL, JR., as the Special Administrator for the Estate of MAXINE DILL, and all cross-claims, counter-claims, or other related claims are hereby dismissed as to all parties, with prejudice, with each party to bear its own fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED.

DATED this 17th day of July, 2023.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE